IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | |
|---|---|
| SCOTTY LEE BRADBERRY,<br><br>　　Plaintiff,<br><br>v.<br><br>DIRECTOR, TDCJ-CID, *et al.*,<br><br>　　Defendants. | 2:20-CV-298-Z-BR |

**ORDER ADOPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION
AND
DISMISSING CIVIL RIGHTS CLAIM**

Before the Court are the findings, conclusions, and recommendation of the United States Magistrate Judge to dismiss the civil rights complaint filed by Plaintiff. ECF No. 17. No objections to the findings, conclusions, and recommendation have been filed. After making an independent review of the pleadings, files, and records in this case, the Court concludes that the findings, conclusions, and recommendation of the Magistrate Judge are correct. It is therefore **ORDERED** that the findings, conclusions, and recommendation of the Magistrate Judge are **ADOPTED** and the case is **DISMISSED**. Additionally, the Attorney general's office filed a notice of new attorney. ECF No. 16. The Clerk of the Court is **DIRECTED** to make the requested change and notice the new attorney accordingly.

**IT IS SO ORDERED.**

August __9__, 2023

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　MATTHEW J. KACSMARYK
　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE